David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
LEISA WHITTUM

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEISA WHITTUM,<br><br>             Plaintiff,<br><br>v.<br><br>SNAP RTO, LLC,<br><br>             Defendant. | Case No. 2:17-cv-00316-MMD-GWF-<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SNAP RTO, LLC ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant SNAP RTO, LLC**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant SNAP RTO, LLC, **and only as to Defendant SNAP RTO, LLC** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, against **Defendant SNAP RTO, LLC**.

Dated:        February 7, 2017

                              Respectfully submitted,

                              By:    /s/David H. Krieger, Esq.
                                     David H. Krieger, Esq. (Nevada Bar No. 9086)
                                     HAINES & KRIEGER, LLC
                                     8985 S. Eastern Avenue, Suite 350
                                     Henderson, Nevada 89123
                                     *Attorney for Plaintiff*